UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Robert Gene Bailey, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| R.M. Ashley, C.C. Blake, Joseph Gardner, ) | No. 5:13-CV-440-BR |
| P.J. Graham, K.D. Mackey, Ron Smith, ) | |
| William C. Toman, Jr. and ) | |
| Unknown Female Officer, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice.

**This judgment filed and entered on July 9, 2013, and served on:**

Robert Gene Bailey (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC
    27885)

July 9, 2013                                              /s/ Julie A. Richards,
                                                                                  Clerk of Court